1  LINDA M. MORONEY (SBN: 172668)
   DANIEL H. DRESSMAN (SBN: 290426)
2  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA 94111
   Telephone: (415) 986-5900
4  Facsimile: (415) 986-8054
   Lmoroney@grsm.com
5  Ddressman@grsm.com

6  Attorneys for Defendants
   TISSUETECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADLEY | CASE NO. 2:18-CV-02134-WBS-EFB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING AND [~~PROPOSED~~] ORDER** |
| vs. | |
| TISSUE TECH, INC., and DOES 1 through -50, INCLUSIVE, | |
| Defendants. | |

## STIPULATION

Whereas, Plaintiff Michael Bradley, by and through his counsel of record, Law Office of Jeffrey D. Fulton, has brought suit against Defendant TissueTech, Inc.;

Whereas the Complaint in this action was filed and served by personal service on September 19, 2018;

Whereas Defendant's responsive pleadings are currently due on October 10, 2018;

Whereas counsel for the parties met and conferred on October 5, 2018, regarding the allegations in Plaintiff's operative complaint;

Whereas Plaintiff represented he would file an amended complaint to avoid unnecessary motion practice;

///

-1-

STIPULATION EXTENDING TIME TO FILE RESPONSIVE PLEADING AND [PROPOSED] ORDER

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

Whereas Plaintiff represented he would file an amended complaint within 30 days of the date this stipulation is executed;

Whereas the parties agreed that Defendant's time to file responsive pleadings, which includes a Rule 12(b) motion and/or objections, is extended until Plaintiff files and serves his amended complaint;

Whereas Defendant does not waive, and reserves its right to file, a Rule 12(b) motion and/or objection to the operative complaint should Plaintiff fail to file his amended complaint in accordance with the above-referenced time period.

**IT IS SO STIPULATED.**

Dated: October 8, 2018  LAW OFFICE OF JEFFREY D. FULTON

By: /S/ Jeffrey D. Fulton
JEFFREY D. FULTON
NATALYA GRUNWALD
Attorneys for Plaintiff
MICHAEL BRADLEY

Dated: October 8, 2018  `  GORDON REES SCULLY MANSUKHANI, LLP

By: /S/ Linda M. Moroney
LINDA M. MORONEY
DANIEL H. DRESSMAN
Attorneys for Defendants
TISSUETECH, INC.

**IT IS SO ORDERED.**

Dated: October 9, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE