LINDA M. MORONEY (SBN: 172668)
DANIEL H. DRESSMAN (SBN: 290426)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054
lmoroney@grsm.com
ddressman@grsm.com

Attorneys for Defendants
TISSUETECH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BRADLEY<br><br>    Plaintiff,<br><br>vs.<br><br>TISSUE TECH, INC., and DOES 1 through - 50, INCLUSIVE,<br><br>    Defendants. | CASE NO. 2:18-CV-02134-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the entire above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1).

**IT IS SO STIPULATED**

Dated: February 22, 2019            GORDON REES SCULLY MANSUKHANI, LLP

By: */S/ Linda M. Moroney*
     LINDA M. MORONEY
Attorneys for Defendants
TISSUETECH, INC.

Dated: February 22, 2019            LAW OFFICE OF JEFFREY D. FULTON

By: */S/ Jeffrey D. Fulton*
     JEFFREY D. FULTON
Attorneys for Plaintiff
MICHAEL BRADLEY

## ORDER GRANTING STIPULATION TO DISMISS

Having reviewed the submission of the Parties and good cause showing, the Court hereby GRANTS the Stipulation to Dismiss with Prejudice, with each party to bear her and its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 22, 2019

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE